**JOINT COUNCIL OF TEAMSTERS NO. 42, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers, of America; and General Teamsters and Food Processing Local No. 87, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Plaintiffs-Appellants,**

v.

**ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.; The Building Industry Association of California, Inc.; The Engineering Contractors Association, Inc.; and The Southern California Contractors Association, Inc., Defendants-Appellees.**

No. 80–5869.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 7, 1981.

Decided Oct. 1, 1981.

George A. Pappy, Pappy, Kaplon & Vogel, Los Angeles, Cal., for plaintiffs-appellants.

John H. Stephens, Cox, Castle & Nicholson, Los Angeles, Cal., for defendants-appellees.

Before ELY and NORRIS, Circuit Judges, and COPPLE,* District Judge.

PER CURIAM:

The issues here involved were thoroughly considered by District Judge Pfaelzer in the court below. Essentially upon the basis of Judge Pfaelzer's Opinion, reported at 520 F.Supp. 3 (C.D.Cal.1981), the District Court's judgment is

AFFIRMED.